FROST v. LAWLER.

## Milton Frost v. John Lawler.

*Practice: Motion to strike from docket: Notice.* Motion to strike from docket on ground that cause was noticed by counsel for defendant in error who had not caused an appearance to be entered in supreme court, will not be heard without notice, in the absence of counsel representing the other side.